186 P.3d 1215

# SUPREME COURT OF HAWAI'I

Hanalei Garden Farms, Inc. v. Pace . . . . . . . . . . . . . . . . . 26945     05/30/2008     Vacated, remanded & reversed

Nacapuy v. Dacanay . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26836     04/29/2008     Vacated & remanded